## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**Holding a Criminal Term**

**Grand Jury Sworn in on March 13, 2025**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : **CRIMINAL NO.** |
| | : |
| **v.** | : **MAGISTRATE NO. 25-MJ-212** |
| | : |
| **DONTE LAVANDRE PHILSON,** | : **VIOLATIONS:** |
| | : **18 U.S.C. § 922(g)(1)** |
| Defendant. | : **(Unlawful Possession of a Firearm and** |
| | : **Ammunition by a Person Convicted of a** |
| | : **Crime Punishable by Imprisonment for a** |
| | : **Term Exceeding One Year)** |
| | : |
| | : **22 D.C. Code §§ 401, 4502** |
| | : **(Assault With Intent to Kill While Armed)** |
| | : |
| | : **22 D.C. Code § 4504(b)** |
| | : **(Possession of a Firearm During the** |
| | : **Commission of a Crime of Violence or** |
| | : **Dangerous Offense)** |
| | : |
| | : **FORFEITURE:** |
| | : **18 U.S.C. § 924(d); 21 U.S.C. § 853(p); and** |
| | : **28 U.S.C. § 2461(c)** |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about August 30, 2025, to on or about September 11, 2025, within the District of Columbia, **DONTE LAVANDRE PHILSON**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case No. 2020-CF3-009410, did unlawfully and knowingly receive and possess a firearm, that is, a Ruger SR22, .22 caliber semi-automatic pistol, which had been possessed, shipped

and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about August 30, 2025, within the District of Columbia, **DONTE LAVANDRE PHILSON**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case No. 2020-CF3-009410, did unlawfully and knowingly receive and possess ammunition, that is, one round of .22 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1)

## COUNT THREE

On or about August 30, 2025, in the District of Columbia, the defendant, **DONTE LAVANDRE PHILSON**, while armed with a firearm, that is a handgun, assaulted S.W. with the intent to kill him.

**(Assault With Intent to Kill While Armed**, in violation of Title 22, D.C. Code, Sections 401 and 4502)

## COUNT FOUR

On or about August 30, 2025, in the District of Columbia, the defendant, **DONTE LAVANDRE PHILSON**, did possess a firearm, that is, a handgun, while committing the crime of Assault with Intent to Kill While Armed as set forth in Count Three of this indictment.

**(Possession of a Firearm During the Commission of a Crime of Violence or Dangerous Offense**, in violation of Title 22, D.C. Code, Section 4504(b))

2

## FORFEITURE ALLEGATION

1.       Upon conviction of the offenses alleged in Count One and Count Two of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offenses, including but not limited to a Ruger SR22, .22 caliber semi-automatic pistol and one round of .22 caliber ammunition.

2.       If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a)       cannot be located upon the exercise of due diligence;

(b)       has been transferred or sold to, or deposited with, a third party;

(c)       has been placed beyond the jurisdiction of the Court;

(d)       has been substantially diminished in value; or

(e)       has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

Jeanine Ferris Pirro                                              A TRUE BILL:
United States Attorney

By: _____                          FOREPERSON.
Gauri Gopal
Chief, Federal Major Crimes

3