UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DONTE LAVANDRE PHILSON,<br><br>Defendant. | CRIMINAL NO. 25-CR-297 (EGS)<br><br>FILED UNDER SEAL |

**GOVERNMENT'S UNOPPOSED MOTION FOR ISSUANCE OF SUBPOENA**

The United States of America respectfully moves for entry by this Court of an order permitting the issuance of two subpoenas for the victim's medical records from Howard University Hospital and BridgePoint Hospital Capitol Hill. The United States has contacted defense counsel and is authorized to represent to the Court that the defendant does not oppose this motion or the entry of the attached order.

On August 30, 2025, at approximately 11:11 p.m., law enforcement was dispatched to 1524 F Street NE, Washington, D.C., for a reported shooting. Upon arrival at that location, officers with the Metropolitan Police Department observed the victim, S.W., laying on his back next to several dumpsters with a gunshot wound to his neck. S.W. was then transported to Howard University Hospital for emergency treatment, and he remained at that facility for several weeks. On October 14, 2025, S.W. was then transferred to BridgePoint Hospital Capitol Hill for additional long-term care, and he is expected to stay at that facility for the foreseeable future.

Evidence of S.W.'s injuries and corresponding medical treatment is relevant to the United States's prosecution of this matter and Mr. Philson's defense. Specifically, treatment records showing S.W.'s injuries are relevant to whether, among other things, the victim was in fact shot in

1

the neck on the offense date.[1] As such, the Government has drafted subpoenas for S.W.'s medical records from Howard University Hospital and BridgePoint Hospital Capitol Hill. *See* Exhibit 1. The medical institutions are unlikely to release the patient's data without a subpoena, and S.W. is not in a position where he can consent to the disclosure of such records. Accordingly, the United States requests that the Court order the issuance of the appended subpoenas pursuant to Federal Rule of Criminal Procedure 17(c).

          Respectfully submitted,

          JEANINE FERRIS PIRRO
          United States Attorney

By:    */s/ Joshua Satter*
      Joshua Satter
      N.Y. Attorney No. 5477112
      Assistant United States Attorney
      601 D Street NW
      Washington, D.C. 20530
      (202) 252-7566
      Josh.Satter@usdoj.gov

---

[1] These records are also likely to be admissible at trial, and the request clearly specifies the records sought. *See United States v. Trump*, 703 F. Supp. 3d 89, 92 (D.D.C. 2023) ("A pre-trial Rule 17(c) subpoena 'must clear three hurdles: (1) relevancy; (2) admissibility; [and] (3) specificity.'") (quoting *United States v. Nixon*, 418 U.S. 683, 698 (1974)).